

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

January 20, 2015

HONORABLE BROCK THOMAS
338TH DISTRICT COURT
HARRIS COUNTY
HOUSTON, TX

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/29/2015 3:34:41 PM
CHRISTOPHER A. PRINE
Clerk

Defendant's Name: DIONYSIOS SPIRO KOSMETATOS

Cause No: 1449194

Court: 338TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 1/16/15
**Sentence Imposed Date:** 1/15/15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

S. NORRIS
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

JILL HAMBY (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

Cause No. *141441B*
*1449194*

## THE STATE OF TEXAS

DIONYSIOS KOSMETATOS , V. A/K/A/ _____

__338th__ District Court / ~~County Criminal Court at Law No.~~ _____

Harris County, Texas

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On DIONYSIOS KOSMETATOS (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

**The undersigned attorney (check appropriate box):**

☒ MOVES to withdraw.
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

__4/15/14__
**Date**

_____
**Attorney (Signature)**

DIONYSIOS KOSMETATOS
**Defendant (Printed name)** **FILED**
Chris Daniel
District Clerk

RANDALL J. AYERS
**Attorney (Printed name)**
01465950

JAN 16 2015

**Time:**_____
Harris County, Texas

**By**_____
Deputy

**State Bar Number**
P.O. BOX 1569, HOUSTON, TX 77251-1569
**Address**
281-493-6333
**Telephone Number**

**The defendant (check all that apply):**

☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☒ ASKS the Court to ORDER that a free record be provided to him.

☒ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X _____
**Defendant (Signature)**

DIONYSIOS KOSMETATOS
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON ___ JAN 16 2015 _____

By Deputy District Clerk of Harris County, Texas _____

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

# ORDER

On ___JAN 16 2015___ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☑ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

    ☑ Counsel's motion to withdraw is ~~**GRANTED**~~ / **DENIED.**

    ☑ Defendant / appellant's motion (to be found indigent) is **DENIED.**

    ☑ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

    ☐ **SET** at $ _____

    ☐ **TO CONTINUE** ~~as presently set.~~

    ☐ **DENIED** and is **SET** at **NO BOND:** (Felony Only)

DATE SIGNED: ___JAN 16 2015___

                  _____
                  JUDGE PRESIDING,
                  ___ DISTRICT COURT /
                  COUNTY CRIMINAL COURT AT LAW NO. ____,
                  HARRIS COUNTY, TEXAS



# CHRIS DANIEL

**HARRIS COUNTY DISTRICT CLERK**

January 26, 2015

TONYA ROLLAND McLAUGHLIN
ATTORNEY OF RECORD
4301 YOAKUM BLVD.
HOUSTON, TX 77006

Defendant's Name: DIONYSIOS SPIRO KOSMETATOS

Cause No: 1449194

Court: 338TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 1/16/15
**Sentence Imposed Date:** 1/15/16
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** TONYA ROLLAND McLAUGHLIN

Sincerely,

S. NORRIS
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

    JILL HAMBY  (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

# PAUPER'S OATH ON APPEAL

CAUSE NO.: *1414418* *1449194*

OFFENSE: *AGG. ASS'LT - PUB SERV.* *(X2)*

THE STATE OF TEXAS

*338th* DISTRICT COURT

VS.

OF

*DIONYSIOS KOSMETATOS*

HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES *DIONYSIOS KOSMETATOS*, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

- [X] Appoint appellate counsel to represent him.
- [X] Asks the court to order that a free record be provided to him.

X *Dionysios Kos...*
DEFENDANT.

SUBSCRIBED AND SWORN to before me, this *20* day of *Jan* A.D., 20 *15*.

_____
DEPUTY DISTRICT CLERK
338 DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On *1-16-15* the court conducted a hearing and found that the defendant is indigent.

- [X] The court orders that *Tonya Rolland* is appointed to represent defendant/appellant on appeal.
- [X] The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: *Jill Hamby*, by certified mail return receipt requested.

_____
JUDGE PRESIDING
DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, *Tonya Rolland*, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

*Tonya Rolland*
ATTORNEY (SIGNATURE)

BAR/SPN NUMBER *24054176 | 02242133*

ADDRESS *4301 Yoakum Blvd*

CITY *Houston* STATE *TX* ZIP *77006*

PHONE *713.529.8500*

FAX NUMBER *713.456.2203*

EMAIL ADDRESS *tonya2rolland@...*

SWORN TO AND SUBSCRIBED BEFORE ME ON *1-20-2015*.

_____
DEPUTY DISTRICT CLERK (SIGNATURE)
DISTRICT CLERK




Cause No. 1414418
144-9194

| THE STATE OF TEXAS | IN THE 338th DISTRICT COURT |
| | |

v.

**DIONYSIOS KOSMETATOS**, Defendant

COUNTY CRIMINAL COURT AT LAW No. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒     is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐     is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐     is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐     is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐     the defendant has waived the right of appeal.

_____
Judge

Date Signed    JAN 16 2015.

**FILED**
Chris Daniel
District Clerk

JAN 16 2015

Time: _____
Harris County, Texas

By_____
Deputy

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X_____
Defendant

Mailing Address: 8125 MILLS RD #3309 Houston, TX 77064

Telephone number: 281-706-0119

Fax number (if any): _____

RANDALL J. AYERS
Defendant's Counsel

State Bar of Texas ID number: 01465950

Mailing Address: PO BOX 1569 Houston, TX 77251-1569

Telephone number: 281-493-6333

Fax number (if any): 281-493-9609

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

1st

# APPEAL CARD

3-16-15

**Court** 338

**Cause No.** 1449194

## The State of Texas

Vs

Kosmetatos, Dionysios Spiro

1-15-15

**Date Notice Of Appeal:** JAN 16 2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Brock Thomas
**Court Reporter** Jell Hamby
**Court Reporter** _____
**Court Reporter** _____

**Attorney on Trail** Randall Ayers

**Attorney on Appeal** N/A

**Appointed** / **Hired** _____

**Offense** Agg. Assault Against PB

**Jury Trail:** Yes / No _____

**Punishment Assessed** 40 years TDC

**Companion Cases (If Known)** 1414418

**Amount of Appeal Bond** ~~JAN 16 2015~~ 0

**Appellant Confined:** Yes / No _____

**Date Submitted To Appeal Section** JAN 16 2015

**Deputy Clerk** _____

221997